```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

Jane Doe

    v.                                      Case No. 24-cv-144-PB-AJ

SAU #54, et. al.

<u>ORDER</u>

Complaint Filed: May 21, 2024

Summons Issued: May 28, 2024

     The Court has not received proof indicating that timely effective service was made on the defendants. In accordance with Federal Rule of Civil Procedure 4(m), the case will be dismissed without prejudice unless, on or before September 11, 2024, the plaintiff demonstrates that there is good cause for the failure to make timely effective service and for the granting of an extension of time to complete effective service.

     SO ORDERED.

                                                      By the Court,

                                                      /s/Paul Barbadoro
                                                    _____
                                                    Paul Barbadoro
                                                    United States District Judge

Date: August 28, 2024

cc: Richard J. Lehmann, Esq.

(Rev. 10/14)